**The Law Office of Victor Nasser**
Victor Nasser, Esq SBN: 326736
1226 L Street
Bakersfield, California 93301
Tel: (310) 903-9721
Email: victor@vicnasserlaw.com

Attorneys for Defendant
Jason Ramirez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JASON RAMIREZ,<br><br>　　　　　　Defendant. | No. 5:24-MJ-00003-CDB<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF VICTOR NASSER AS ATTORNEY OF RECORD [PROPOSED ORDER]** |

　　　　On January 16, 2024, Defendant Jason Ramirez was indicted in Federal charges. CJA panel attorney Victor Nasser was appointed to represent Mr. Ramirez on January 16, 2024, for the arraignment and detention hearing only. Having completed his representation of Mr. Ramirez, CJA attorney, Victor Nasser now moves to terminate his appointment under the Criminal Justice Act.

　　　　Should Mr. Ramirez require further legal assistance then he is advised to contact the Office of the Federal Defender for the Southern District of California at 225 Broadway, Suite 900, San Diego, California 92101. Their phone number is (619) 234-8467. If appropriate, the office will arrange for the reappointment of counsel to assist Mr. Ramirez.

///

Dated: February 08, 2024                                    Respectfully submitted,

                                        /s/ *Victor Nasser*
                                        Victor Nasser,
                                        Attorney for Defendant
                                        Jason Ramirez

## [PROPOSED] ORDER

Having reviewed the notice and found that attorney Victor Nasser has completed the services for which he was appointed, the Court herby GRANTS attorney Victor Nasser's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Southern District of California at 225 Broadway, Suite 900, San Diego, California 92101.  Their phone number is (619) 234-8467.  If appropriate, the office will arrange for the reappointment of counsel to assist Mr. Ramirez.

The Clerk of the Court is DIRECTED to serve a copy of this order on Defendant Jason Ramirez at the following address and to update the docket to reflect Defendant's pro se status and contact information.

<u>Metropolitan Correctional Center</u>
808 Union Street
San Diego, California 92101

IT IS SO ORDERED.

Dated:   **February 8, 2024**                                    _____
                                                                        UNITED STATES MAGISTRATE JUDGE